MERCANTILE BANK & TRUST COMPANY, Plaintiff, v. GEORGE J. ATWELL, Defendant. GEORGE J. ATWELL, Appellant; CLERK OF THE COUNTY OF NEW YORK and CHAMBERLAIN OF THE CITY OF NEW YORK, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent,

Chamberlain of the City of New York. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.